**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

BILLY V. WILBURN                                                                                        PLAINTIFF
ADC #109415

v.                                             2:15CV00176-KGB-JJV

MANSFIELD, Nurse,
East Arkansas Regional Unit; *et al.*                                                          DEFENDANTS

**ORDER**

On December 21, 2015, the Court directed service for Defendants Mansfield, Key, Pittman, and Simmons. (Doc. No. 7.) On January 15, 2016, Summons for Defendants Pittman and Mansfield were returned unexecuted (Doc. Nos. 10, 11) with their last known addresses provided under seal. Service for both will be re-attempted. Plaintiff has also provided full names for each of the Defendants and the docket shall be updated accordingly.

IT IS THEREFORE ORDERED THAT:

1. The Clerk of Court shall alter the docket to reflect that Defendant Mansfield is "Melissa K. Mansfield"; Defendant Keys is "Yavonda Keys"; Defendant Pittman is "Jennifer Pittman"; and Defendant Simmons is "Aric Wade Simmons."

2. The Clerk of the Court shall prepare a summons for Defendants Pittman and Mansfield, and the United States Marshal shall serve a copy of the Summons, Amended Complaint (Doc. No. 6), and this Order on these Defendants, at the address provided under seal, without prepayment of fees and costs or security therefore.

DATED this 20th day of January, 2016.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE