**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

BILLY V. WILBURN                                                                                           PLAINTIFF
ADC #109415

v.                                              2:15CV00176-KGB-JJV

MANSFIELD, Nurse,
East Arkansas Regional Unit; *et al.*                                                          DEFENDANTS

## ORDER

I first directed summons for Defendant Jennifer Pittman on December 21, 2015.  (Doc. No. 7.)  Those summons were returned unexecuted on January 15, 2016, along with a sealed address.  (Doc. No. 10.)  Summons were reissued to the sealed address on January 20, 2016 (Doc. No. 15), but these were also unsuccessful.  (Doc. No. 21.)  Accordingly, if Plaintiff's claims against Defendant Pittman are to proceed he must provide a viable address for her within thirty (30) days of this Order's entry so service may be attempted a third time.  If he fails to do so, I will recommend that she be dismissed without prejudice.

So Ordered this 10th day of March, 2016.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE