# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**BILLY V. WILBURN**
**ADC #109415**                                                                                          **PLAINTIFF**

v.                               Case No. 2:15-cv-00176 KGB/JJV

**MELISSA K. MANSFIELD,**
**Nurse, Arkansas Department of Correction,** *et al.*           **DEFENDANT**

## ORDER

The Court has received two Proposed Findings and Recommendations ("Recommendations") from United States Magistrate Judge Joe J. Volpe (Dkt. Nos. 28, 44). Plaintiff Billy V. Wilburn has filed objections to one of the Recommendations, but he has not filed objections to the other (Dkt. No. 48).

After careful review of the Recommendations and the objections thereto, as well as a *de novo* review of the record, the Court concludes that the Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

It is therefore ordered that:

1. Mr. Wilburn's claims against defendant Pittman are dismissed without prejudice.

2. Defendants' motion for summary judgment is granted, and this cause of action is dismissed with prejudice (Dkt. No. 34).

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying judgment would not be taken in good faith.

So ordered this 25th day of August, 2017.

_____
Kristine G. Baker
United States District Judge